# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard #108 Fort Lauderdale, FL 33301 – 954-769-5400

Vito Antonio Laera,

    Plaintiff,

v.

Blanco GmbH + Co. KG,
G-TECH-I Inc. and
Vilanco Industries LLC

    Defendants.

Case No. 13-61423-Civ-SCOLA

FILED BY _____ D.C.

JUL 2 4 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## NOTICE TO COURT

It has come to my attention that the Overnight Fedex package that I sent to the court on July 22, 2013 containing my "RESPONSE TO ORDER REQUIRING AMENDED COMPLAINT" was not shipped as planned.

The court ordered that an amended complaint was to be "filed" on or before July 23, 2013, regrettably due to the reason above I am not able to comply and pray the court accept my amended complaint one day late.

For all intents and purposes, Defendants were served "RESPONSE TO ORDER REQUIRING AMENDED COMPLAINT" by depositing a copy of same First Class Mail on July 22, 2013.

Signed July 23, 2013

*[signature]*

Vito Antonio Laera, *Pro Se*
5960 SW 32 Terrace
Fort Lauderdale, FL 33312
*vito@vlanco.com*
Tel 954-592-9476

Mailing address is as follows;
419 York Southern Road
Fort Mill, SC 29715

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing "**NOTICE TO COURT**" was served upon Defendants by depositing a copy of same First Class Mail, on this date, addressed to;

Vilanco Industries LLC
Att: Robert Johnson
4303 West Atlantic Boulevard
Coconut Creek, FL 33066
USA

G-TECH-I INC.
Att: Anna Mancini
5960 SW 32 Terrace
Fort Lauderdale, FL 33312
USA

Blanco GmbH + Co. KG
Att: Achim Schreiber
Flehinger Str. 59
75038 Oberderdingen
Germany


Dated July 23, 2013

*[signature]*

Vito Antonio Laera, *Pro Se*
5960 SW 32 Terrace
Fort Lauderdale, FL 33312
vito@vlanco.com
Tel 954-962-6384

Mailing address is as follows;
419 York Southern Road
Fort Mill, SC 29715